Actum Processing Fees
7004 Bee Cave Rd. # 312
Austin, TX 78746

Adobe Systems
345 Park Ave.,
San Jose, CA 95110

ADP, LLC
5355 Orangethrope
La Palma, CA 90623

Alex Monicken
11833 3rd Street NE
Blaine, MN 55434

Ansafone
145 E. Columbine Ave.
Santa Ana, CA 92707

Aperture Code, Inc.
14452 Rock Pl.
Ricerside, CA 92503

Aperture Code, Inc.
4279 Napa Lane
Riverside, CA 92505

Attorney General of Massachusetts
One Ashton Place
Boston, MA 02108-1518

Attorney General of Minnesota
405 Minnesota STreet, Suite 1200
St. Paul, MN 55101-2130

Attorney General of New York
120 Broadway
New York, NY 10271

Attorney General of North Dakota
600 E. Boulevard, Ave., Dept.125
Bismarck, North Dakota 58505-0040

Attorney General of Washington
800 Fifth Avenue, #2000
Seattle, WA 98104-3188

Birch Communications
320 Interstate NOrth Parkway, SE
Atlanta, GA 30339

Blackbird Media, LLC
303 Broadway
Laguna Beach, CA 92651

Click Traffic Media
785 Elm Tree Lane
Boca Raton, FL 33486

DataX
325 E. Warm Springs Rd. #202
Las Vegas, NV 89119

David Reed
6 Calle De Los Ninos
Rancho Santa Margarita, CA 92688

Debt Resolve, Inc.
22 Saw Mill River Rd., 2nd Floor
Purchase, NY 10532

Dial 800
10940 Wilshire Blvd.
Los Angeles, CA 90024

Diversity Law Group, LLC
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071

EMS
5005 Rockside Road, PH100
Independence, OH 44131

EPPS, LLC
2204 Plaza Drive, Suite 220
Rocklin, CA 95765

Federal Trade Commission
600 Pennsylvania Ave, NW
Washington, DC 20580

Five9, Inc.
4000 Executive Pkwy., #400
San Ramon, CA 94583

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-2021

Haley Johnson
10361 Slater Ave., #206
Fountain Valley, CA 92708

John Dachroeden
9382 Nautilus Drive,
Huntington Beach, CA 92646

John L. Polk, Esq.
137 E. Marion Ave
Punta Gorda, FL 33950

Kabbage
730 Peachtree St. NW #1100
Atlanta, GA 30308

Lighthouse Graphics
1969 Zonal Avenue
Los Angeles, CA 90089

MailFinance
478 Wheelers Farm Rd.
Milford CT 06461

Neopost
478 Wheelers Farms Road
Milford, CT 06461

Processing Concepts
17731 Irvine Blvd., Suite 100
Tustin, CA 92780

Prospect Consultants
442 Pierce St., NE #2
Minneapolis, MN 55431

Robert E. Duff
P.O. Box 7251
Fishers, IN 46037

Scott W. Holt, CPA
2611 Solano Way
Laguna Beach, CA 92651

Scott Smith
15 MacArthur Pl., Suite 2502
Santa Ana, CA 92707

Sean Lucero
202 Avenida La Cuesta
San Clemente, CA 92672

State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-7070

Student Advocates, LLC
442 Pierce St., NE #2
Minneapolis, MN 55431

Student Debt Options, LLC
17731 Irvine Blvd., Suite 100
Tustin, CA 92780

TitanPrep Inc.
14452 Rock Pl.
Riverside, CA 92503

Tom's Leads
303 Broadway
Laguna Beach, CA 92651

Trigsted Law Group, P.C.
5200 SW Neadiws Rd,m Ste 150
Lake Oswego, OR 97035

Tudor Cora
3219 N. Pinewood Street
Orange, CA 92865

Case 8:17-bk-14882-ES    Doc 2    Filed 12/20/17    Entered 12/20/17 10:35:28    Desc
Main Document    Page 5 of 5